UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| COLE SHOWS AMUSEMENT CO., INC. ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Case No. 7:07-CV-00225 |
| ) | |
| BRANCH BANKING & TRUST ) | |
| COMPANY, INC. ) | |
| ) | |
|     Defendant ) | |

## DISCOVERY PLAN

Pursuant to Fed. R. Civ. P. 26(f), counsel for the parties conferred June 7, 2007 regarding the discovery plan in the above-captioned matter.

The undersigned parties present the following Discovery Plan for approval by the Court:

1.     The undersigned parties stipulate and agree that discovery will be needed on the following subjects:

    A.     All subjects raised by the pleadings.

2.     Discovery should not be conducted in phases nor should it be limited to or focused on particular issues.

3.     The categories of discovery and proposed limitations are as follows:

    A.     Mandatory initial disclosures by June 28, 2007.

    B.     Interrogatories:

        (1)     The undersigned parties stipulate and agree that a maximum of 25 interrogatories, including sub-parts, may be served by each party upon any other party; provided, however, that an interrogatory seeking information regarding denials, whether partial or complete, of requests for admission shall only count as one interrogatory.

        (2)     The undersigned parties stipulate and agree that responses to interrogatories shall be due within 30 days after service unless extended by agreement of the parties.

  C. Requests for Admission:

    (1) The undersigned parties stipulate and agree that a maximum of 30 requests for admission, including sub-parts, may be served by each party upon any other party.

    (2) The undersigned parties stipulate and agree that responses to requests for admission shall be due within 30 days after service unless extended by agreement of the parties.

  D. Depositions:

    (1) The undersigned parties stipulate and agree that a maximum of 10 depositions of fact witnesses may be taken by each party. In addition to the maximum depositions of fact witnesses, each party may also depose any person who has been identified as an expert whose opinions may be presented at trial.

    (2) The undersigned parties stipulate and agree that each deposition shall be limited to a maximum of 7 hours unless extended by agreement of the parties.

4. Discovery shall be managed in accordance with applicable rules and in good faith so as to promote a just, speedy, and inexpensive determination of this action.

  A. Discovery Completion: The undersigned parties stipulate and agree that all discovery shall be commenced in time to be completed by the deadline set forth in the Court's Scheduling Order.

  B. No particular discovery problems are anticipated at this time.

5. Additional Proposed Deadlines:

  A. Experts:

    (1) Plaintiff: The undersigned parties stipulate and agree that reports from experts retained by the Plaintiff under Rule 26(a)(2) shall be due from the Plaintiff no later than the deadline set forth in the Court's Scheduling Order.

    (2) By Defendant: The undersigned parties stipulate and agree that reports from experts retained by the Defendant under Rule 26(a)(2) shall be due from the Defendant no later than the deadline set forth in the Court's Scheduling Order.

    (3) The undersigned parties agree that supplementation under Rule 26(e) shall be due within 10 days after the need to supplement is discovered unless extended by agreement of the parties.

  B. Joining Additional parties:

    (1) By Plaintiff: The undersigned parties stipulate and agree that Plaintiff shall be allowed until July 31, 2007, to join additional parties.

    (2) By Defendant: The undersigned parties stipulate and agree that Defendant shall be allowed until August 31, 2007 to join additional parties.

    (3) The undersigned parties state that the joinder of additional parties is not likely.

  C. Amending Pleadings:

    (1) By Plaintiff: The undersigned parties stipulate and agree that Plaintiff shall be allowed until October 1, 2007 to amend the pleadings.

    (2) By Defendant: The undersigned parties stipulate and agree that Defendant shall be allowed until October 10, 2007 to amend the pleadings.

    (3) The undersigned parties state that the amendment of the pleadings is not likely. Any amendment will take place in accordance with the deadlines listed above.

  D. Filing of Preliminary and Dispositive Motions:

(1) The undersigned parties stipulate and agree that all preliminary and potentially dispositive motions shall be filed by the deadline set forth in the Court's Scheduling Order.

(2) The undersigned parties believe that one or more of Plaintiff's counts may be resolved by summary judgment motion.

E. Pretrial Conference: The undersigned parties stipulate and agree that, if necessary, a final pretrial conference shall be held at least four weeks prior to trial.

F. Scheduling of Trial:

(1) The case has been set for trial on December 11, 2007. This is a non-jury trial.

(2) Final witness and exhibit lists will be due thirty (30) days prior to trial.

(3) The parties shall have fifteen (15) days after service of final witness and exhibit lists to file objections to same.

6. The undersigned parties agree that any party may, by separate motion to the Court, seek to have any deadline, limitation, or other provision of this Plan modified or amended.

Respectfully submitted this 9th day of June, 2007.

| | |
|---|---|
| /s/ Matthew A. Brennan,III | /s/ Kevin P. Oddo |
| Matthew A. Brennan, III (VSB #27556) | Kevin P. Oddo (VSB #27503) |
| 2915 Hunter Mill Road, Suite 17 | LeClair Ryan, A Professional Corporation |
| P. O. Box 3223 | 10 South Jefferson Street, Suite 1800 |
| Oakton, Virginia 22124 | Drawer 1200 |
| (703) 620-4977 | Roanoke, Virginia 24006 |
| (866) 832-4722 (facsimile) | (540) 510-3020 |
| Counsel for Plaintiff | (540) 510-3050 (facsimile) |
| | Counsel for Defendant |